UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald J. Erie,

Plaintiff,

v.

Burlington Northern and Santa Fe Railroad Company,

Defendant.

Court File: 00-CV-122 MJD/RLE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION**

Plaintiff and Defendant, through their respective counsel, hereby stipulate and agree that the within action shall be, and hereby is, dismissed with prejudice and on the merits, and without an award of costs to either party.

Dated: 6-16-2000

By [signature]
James T. Hansing
Attorney I.D. No. 40769
840 Midland Square
331 Second Avenue South
Minneapolis, MN 55401
(612) 333-6113
Attorney for Plaintiff

Dated: 6/12/2000

By [signature]
Glenn Olander-Quamme
Attorney I.D. No. 128405
Spence, Ricke, Sweeney & Gernes, P.A.
Degree of Honor Building, Suite 600
325 Cedar Street
St. Paul, MN 55101
(651) 292-3359
Attorneys for Defendant

FILED 9/18/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

In conformity with the foregoing Stipulation, the Court hereby orders that this action is dismissed with prejudice and on the merits, and without an award of costs to either party.

Dated: 9 19-00

Michael J. D[signature]

Judge of District Court

f:\shared_docs\erie\pleadings\stipdiss.doc\llb